**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Eric Sykes HAMPTON, Defendant–Appellant.**

**No. 09–20111
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Eric Sykes Hampton, Beaumont, TX, pro se.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Eric Sykes Hampton, formerly federal prisoner # 72874–079, appeals from the district court's decision denying his motion to modify his sentence under 18 U.S.C. § 3582(c)(2). While his appeal was pending, Hampton was released from prison. Thus, his appeal is DISMISSED as moot. *See United States v. Booker,* 645 F.3d 328, 328 (5th Cir.2011); *United States v. Boston,* 419 Fed.Appx. 505, 506 (5th Cir.2011).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

